Farhan R. Naqvi, Esq.
Nevada Bar No. 8589
Jason M. Miller, Esq.
Nevada Bar No. 16280
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile:  (702) 553-1002
naqvi@naqvilaw.com
jmiller@naqvilaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA COLLINS,<br><br>          Plaintiff,<br><br>vs.<br><br>DILLARD'S INC.; DILLARD STORE SERVICES, INC.; DILLARD INVESTMENT CO., INC.; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 2:24-cv-00906-CDS-MDC<br><br>**PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Sarah M. Banda, Esq., is no longer associated with the firm of NAQVI INJURY LAW and is disassociated as counsel for Plaintiff, Teresa Collins.

Accordingly, Farhan R. Naqvi, Esq. requests the removal of Sarah M. Banda, Esq. from the list of attorneys associated with this case as well as all future pleadings, notices, orders, proofs of service, other court documents, correspondence and communications.

### ORDER

IT IS SO ORDERED.
Dated: 5/31/2024

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge



Page 1 of 3

**AFFIRMATION**

Pursuant to NRS 239B030. The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 22nd day of May, 2024.

                NAQVI INJURY LAW

           By: */s/ Jason M. Miller*
              FARHAN R. NAQVI, ESQ.
              Nevada Bar No. 8589
              JASON M. MILLER, ESQ.
              Nevada Bar No. 16280
              9500 West Flamingo Road, Suite 104
              Las Vegas, Nevada 89147
              *Attorneys for Plaintiff*



**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of NAQVI INJURY LAW and that on this *23rd* day of May, 2024, I electronically filed and served a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF DISASSOCIATION OF COUNSEL** to all parties on file with the CM/ECF:

KURT BONDS, ESQ.
JAROD B. PENNIMAN, ESQ.
HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

*/s/ Jennifer Vela*
An employee of NAQVI INJURY LAW