# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Teresa Collins,

    Plaintiff

v.

Dillard's Inc., et al.,

    Defendants

Case No.: 2:24-cv-00906-CDS-MDC

**Order Approving Stipulation to Amend Complaint and to Remand**

[ECF No. 31]

    Plaintiff Teresa Collins and defendants Dillard Investment Co., Inc., Dillard's Inc., and Dillard Store Services, Inc., stipulate to remand this action to the Eighth Judicial District Court. ECF No. 28. The parties also stipulate to allow Collins to file an amended complaint against Dillard Investment Co., Inc. only, thereby dismissing Dillard's Inc. and Dillard Store Services, Inc. *Id.*

    Because Federal Rule of Civil Procedure 15(a)(2) permits a plaintiff to amend her pleading with the opposing party's written consent, leave to file the amended complaint should be approved here. Upon the filing of the amended complaint, the clerk must immediately effect the remand back to the Eighth Judicial District Court.

    Therefore, the parties' stipulation **[ECF No. 31] is approved**. The Clerk of Court is instructed to detach and file the first amended complaint (ECF No. 31-1) then remand this matter to the Eighth Judicial District Court, Case No. A-24-890088-C, Department 26.

Dated: December 23, 2024

_____
Cristina D. Silva
United States District Judge